1 | L. Okey Onyejekwe Jr. (SBN: 250354)
oonyejekwe@kasowitz.com
2 | Uttam G. Dubal (SBN: 266007)
udubal@kasowitz.com
3 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
4 | Redwood Shores, CA  94065
Telephone:  (650) 453-5170
5 | Facsimile:  (650) 453-5171

6

7 | Marcus Alan Barber (*pro hac vice)*
mbarber@kasowitz.com
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
8 | 1349 W. Peachtree Street, N.W., Suite 1500
Atlanta, GA 30309
9 | Telephone:  (404) 260-6080
Facsimile: (404) 260-6081

10

| Attorneys for Plaintiff
11 | Adobe Systems Incorporated

Steven T. Lowe (SBN: 122208)
Steven@lowelaw.com
Kris LeFan (SBN: 278611)
kris@lowelaw.com
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672
kris@lowelaw.com

*Attorneys for Defendant*
Tejas Research, LLC

12

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

14

15

16 | ADOBE SYSTEMS INCORPORATED,

17 | Plaintiff,

18 | v.

19 | TEJAS RESEARCH, LLC,

20 | Defendant.

21

22

23

24

Case No. 14-cv-00868-EMC

**CIVIL L.R. 6-2 JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR ADR FILINGS, RULE 26(F) REPORT, AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Judge:  Honorable Edward M. Chen

25   Pursuant to Civil Local Rules 16-2 and 7-12, Plaintiff Adobe Systems Incorporated

26 ("Adobe") and Defendant Tejas Research, LLC ("Tejas"), by and through their respective

27 undersigned counsel, hereby stipulate as follows:

28   WHEREAS, on February 26, 2014, Adobe filed its complaint upon Defendant Tejas;

1

2          WHEREAS, on February 27, 2014, this Court entered an Order Setting Initial Case

3    Management Conference, setting the Initial Case Management Conference for May 29, 2014 at

4    2:00 p.m.;

5          WHEREAS, on March 20, 2014, Adobe served its complaint upon Defendant Tejas' via

6    its President, Guy Fielder;

7          WHEREAS, on April 2, 2014, Adobe and Tejas filed a joint stipulation extending the due

8    date of Tejas' response to Adobe's Complaint by thirty (30) days, to and including May 12, 2014

9    (the current due date);

10          WHEREAS, Tejas intends to file a Motion to Dismiss and/or Motion to Transfer in

11   response to Adobe's Complaint, which Adobe will oppose;

12          WHEREAS, the date for the hearing on Tejas' Motion to Dismiss and/or Motion to

13   Transfer is June 26, 2014 at 1:30 p.m.;

14          WHEREAS, both parties have agreed to reschedule the May 29, 2014 Initial Case

15   Management Conference to allow an opportunity for the Court to rule on Tejas' Motion to

16   Dismiss and/or Motion to Transfer;

17          IT IS HEREBY STIPULATED AND AGREED, by and among the parties and their

18   respective counsel of record and with the permission of the Court, that the Initial Case

     9:30
19   Management Conference in this action shall be continued to Thursday, July 10, 2014 at 9:~~00~~ a.m.,

20   or as soon thereafter at the Court's convenience.  The parties shall file a Joint Case Management

21   Statement on or before Thursday, July 3, 2014.

22          IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO          2                    CASE NO. 14-CV-00868-EMC
CONTINUE CMC

1    Dated: May 8, 2014                KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

2

                              By: */s/ Uttam G. Dubal*

3                                  L. Okey Onyejekwe, Jr.
                                  Uttam G. Dubal

4                                  Marcus Alan Barber (*pro hac vice)*

5                                  Attorneys for Plaintiff
                                  Adobe Systems Incorporated

6

7    Dated: May 8, 2014                LOWE & ASSOCIATES, P.C

8

                              By: */s/ Kris LeFan*

9                                  Steven T. Lowe
                                  Kris LeFan

10

11                                Attorneys for Defendant
                                  Tejas Research LLC

12

13

14       I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in the electronic

15  filing of this document has been obtained from the other signatories on May 8, 2014.

16

                            By:   */s/ Uttam G. Dubal*

17                                    Uttam G. Dubal

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC        3        CASE NO. 14-CV-00868-EMC

1

## [PROPOSED] ORDER

2

PURSUANT TO STIPULATION, IT IS SO ORDERED:

3

4

- The Parties shall file a Joint Case Management Statement on or before Thursday, July 3, 2014.

5

6

- The Initial Case Management Conference in this action shall be continued to Thursday,
  9:30 a.m.
  July 10, 2014 at 9:00 a.m., or as soon thereafter at the Court's convenience.

7

8

9

DATED: _____May 12_____, 2014

Honorable Edward M. Chen
United States District Judge



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CMC                                        4

CASE NO. 14-CV-00868-EMC