Lawrence Okey Onyejekwe , Jr.
oonyejekwe@kasowitz.com
Uttam Gajanan Dubal
udubal@kasowitz.com
KASOWITZ BENSON TORRES &
FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170
Fax: 650-453-5171

Jonathan K. Waldrop
jwaldrop@kasowitz.com
Marcus Alan Barber
mbarber@kasowitz.com
KASOWITZ BENSON TORRES &
FRIEDMAN LLP
1349 W. Peachtree Street, N.W.
Suite 1500
Atlanta, GA 30309
(404) 260-6080
Fax: (404) 260-6081

*Attorneys for Plaintiff*
Adobe Systems Inc.

Steven T. Lowe, Esq. SBN 122208
Kris LeFan, Esq., SBN 278611
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672
kris@lowelaw.com

*Attorneys for Defendant*
Tejas Research, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>TEJAS RESEARCH, LLC,<br><br>　　　　　　　　Defendant. | Case No. 3:14-cv-00868-EMC<br><br>**JOINT STIPULATION TO EXTEND TIME TO AND INCLUDING JUNE 26, 2014, FOR ADOBE SYSTEMS, INC. TO RESPOND TO TEJAS RESEARCH, LLC'S MOTION TO DISMISS, AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:　Honorable Edward M. Chen |

　　　　Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Adobe Systems Incorporated ("Adobe") and Defendant Tejas Research, LLC ("Tejas"), by and through their respective undersigned counsel, hereby stipulate as follows:

JOINT STIPULATION AND [PROPOSED]　　　　　　　　CASE NO. 3:14-cv-00868-EMC
ORDER TO EXTEND TIME TO RESPOND TO MTD

1    WHEREAS, on February 26, 2014, Adobe filed its complaint upon Defendant Tejas;

2    WHEREAS, on February 27, 2014, this Court entered an Order Setting Initial Case Management

3    Conference, setting the Initial Case Management Conference for May 29, 2014 at 9:00 a.m.:

4    WHEREAS, on March 20, 2014, Adobe served its Complaint upon Defendant Tejas' via its

5    President, Guy Fielder;

6    WHEREAS, on April 2, 2014, Adobe and Tejas filed a joint stipulation extending the due date of

7    Tejas' response to Adobe's Complaint by thirty (30) days, to and including May 12, 2014;

8    WHEREAS, on May 8, 2014, Adobe and Tejas filed a joint stipulation continuing the date of the

9    Initial Case Management Conference to and including July 10, 2014;

10   WHEREAS, on May 12, 2014, the Court granted the parties' stipulation continuing the date of the

11   Initial Case Management Conference to July 10, 2014;

12   WHEREAS, Tejas filed a Motion to Dismiss for Lack of Personal Jurisdiction in response to

13   Adobe's Complaint on May 12, 2014, which raises a significant number of factual and legal issues for

14   Adobe's consideration;

15   WHEREAS, Adobe's Response to Tejas' Motion to Dismiss for Lack of Personal Jurisdiction is

16   due on May 27, 2014;

17   WHEREAS, Tejas' Reply on its Motion to Dismiss for Lack of Personal Jurisdiction is due on

18   June 3, 2014;

19   WHEREAS, the hearing on Tejas' Motion to Dismiss for Lack of Personal Jurisdiction is noticed

20   for June 26, 2014;

21   NOW THEREFORE the parties through their undersigned counsel hereby stipulate and request

22   that the Court grant, pursuant to Civil L.R. 6-2 that:

23   - The time to file Adobe's opposition to Tejas' Motion to Dismiss be extended by thirty
24     (30) days, to and including June 26, 2014;
25   - The time to file Tejas' reply to Adobe's opposition be extended until July 17, 2014;
26   - The hearing on Tejas' motion to dismiss for lack of jurisdiction be noticed for August 14,
27     2014 at 1:30 p.m., or as soon thereafter at the Court's convenience;

28

JOINT STIPULATION AND                -2-               CASE NO. 3:14-cv-00868-EMC
[PROPOSED] ORDER TO EXTEND TIME

- The Initial Case Management Conference in this action be continued to Thursday, September 11, 2014 at 9:30 a.m. or as soon thereafter at the Court's convenience.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 8, 2014  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: /s/ Jonathan K. Waldrop
L. Okey Onyejekwe, Jr.
Uttam G. Dubal
Jonathan K. Waldrop (*pro hac vice*)
Marcus Alan Barber (*pro hac vice*)

Attorneys for Plaintiff
Adobe Systems Incorporated

Dated: May 8, 2014  LOWE & ASSOCIATES, P.C

By: /s/ Kris LeFan
Steven T. Lowe
Kris LeFan

Attorneys for Defendant
Tejas Research LLC

I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in the electronic filing of this document has been obtained from the other signatories on May 22, 2014.

By: /s/ Jonathan K. Waldrop
Jonathan K. Waldrop (*pro hac vice*)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record are being served with a copy of this document via the Court's ECF system pursuant to Civil L.R. 5-1(h)(1) on May 22, 2014.

By: _/s/ Jonathan K. Waldrop_

Jonathan K. Waldrop

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

- The time to file Adobe's opposition to Tejas' Motion to Dismiss is extended until June 26, 2014;
- The time to file Tejas' reply to Adobe's opposition is extended until July 17, 2014;
- The hearing on Tejas' motion to dismiss for lack of jurisdiction is noticed for August 14, 2014 at 1:30 p.m., or as soon thereafter at the Court's convenience;
- The Initial Case Management Conference in this action is continued to Thursday, September 11, 2014 at 9:30 a.m. or as soon thereafter at the Court's convenience.

DATED: 5/23, 2014

_____
Honorable Edward M. Chen
United States District Judge

GRANTED
Judge Edward M. Chen